```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 07 B 11263
   IZOLA L SAULSBERRY
                                                CHAPTER 13

                                                JUDGE: SUSAN PIERSON SONDERBY
        Debtor
   SSN XXX-XX-9813


------------------------------------------------------------------------------
               TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------------
      The case was filed on 06/23/2007 and was confirmed 09/20/2007.

      The plan was confirmed to pay secured creditors 100% and unsecured
creditors  24.00%.

      The case was converted to chapter 7 after confirmation 12/20/2007.
------------------------------------------------------------------------------
CREDITOR NAME            CLASS          CLAIM AMOUNT      INTEREST      PRINCIPAL
                                                            PAID          PAID
------------------------------------------------------------------------------
DRIVE FINANCIAL SERVICES SECURED VEHIC   29290.87         881.47        2834.27
DRIVE SERVICING          UNSECURED       NOT FILED           .00            .00
MIDFIRST BANK            CURRENT MORTG        .00            .00            .00
MEDICAL COLLECTION       UNSECURED       NOT FILED           .00            .00
AT&T CREDIT MANAGEMENT C UNSECURED       NOT FILED           .00            .00
AT&T WIRELESS            UNSECURED       NOT FILED           .00            .00
CAPITAL ONE              UNSECURED       NOT FILED           .00            .00
AT & T WIRELESS          UNSECURED       NOT FILED           .00            .00
CBA COLLECTION BUREAU OF UNSECURED       NOT FILED           .00            .00
ILLINOIS STATE UNIVERSIT UNSECURED         3918.83           .00            .00
INTERNAL REVENUE SERVICE SPECIAL CLASS      314.40           .00            .00
INTERNAL REVENUE SERVICE SPECIAL CLASS     4719.82           .00            .00
RMI/MCSI                 UNSECURED          300.00           .00            .00
FRIEDMAN & WEXLER        UNSECURED       NOT FILED           .00            .00
STATE OF ILLINOIS        SPECIAL CLASS NOT FILED             .00            .00
WORLD FINANCIAL NETWORK  UNSECURED          701.55           .00            .00
HOMEQ SERVICING          UNSECURED         1919.48           .00            .00
MIDFIRST BANK            MORTGAGE ARRE        .00            .00            .00
INTERNAL REVENUE SERVICE NOTICE ONLY    NOT FILED            .00            .00
ADVOCATE CHRIST MEDICAL  UNSECURED       NOT FILED           .00            .00
CERTEGY PAYMENT RECOVERY UNSECURED       NOT FILED           .00            .00
MUNICIPAL COLLECTION SER UNSECURED       NOT FILED           .00            .00
ILLINOIS DEPT OF REV     SPECIAL CLASS     1060.65           .00            .00
ILLINOIS DEPT OF REV     SPECIAL CLASS      105.11           .00            .00
CITY OF CHICAGO PARKING  UNSECURED             .00           .00            .00
JEFFREY L BENSON         DEBTOR ATTY      2,300.00                          .00
TOM VAUGHN               TRUSTEE                                         259.80
DEBTOR REFUND            REFUND                                             .00

        Summary of Receipts and Disbursements:
------------------------------------------------------------------------------
                              RECEIPTS            DISBURSEMENTS

               PAGE  1 - CONTINUED ON NEXT PAGE
       CASE NO. 07 B 11263 IZOLA L SAULSBERRY
```

```
-------------------------------------------------------------------------------
TRUSTEE                                    3,975.54

PRIORITY                                                               .00
SECURED                                                           2,834.27
    INTEREST                                                        881.47
UNSECURED                                                              .00
ADMINISTRATIVE                                                         .00
TRUSTEE COMPENSATION                                                259.80
DEBTOR REFUND                                                          .00
                                       ---------------    ---------------
TOTALS                                     3,975.54           3,975.54
```

    Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                    /s/ Tom Vaughn
    Dated: 03/25/08                 _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE




                        PAGE   2
         CASE NO. 07 B 11263 IZOLA L SAULSBERRY